**Motion GRANTED and Order filed February 15, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00104-CV
_____

### IN RE AMY MCPEAK, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 88736-F**

---

## ORDER

On February 8, 2017, relator Amy McPeak, filed a petition for writ of mandamus asking this court to order the Honorable Kenneth Randall Hufstetler, Judge of the 300th District Court, in Brazoria County, Texas, to set aside his "Order on Respondent's Opposed Request to Modify and/or for Additional Temporary Orders" dated January 19, 2017, entered in trial court number 88736-F.

1

Relator has also filed a motion asking this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the provision in the Agreed Temporary Orders signed on November 22, 2016, which requires relocation of the children and that the children be turned over to the father's possession, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

Additionally, the court requests James McPeak, the real party-in-interest, to file a response to the petition for writ of mandamus on or before February 28, 2017. *See* Tex. R. App. P. 52.4.

Additionally, we **ORDER** relator to comply with Texas Rule of Appellate Procedure 9.9 by redacting the names of the children from the reporter's record (appendix, Exhibit J) and refiling her petition for writ of mandamus and appendix. *See* Tex. R. App. P. 9.9.

PER CURIAM

Panel consists of Justices Christopher, Busby, and Jewell.